FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 18 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

11-CV-00585-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HUSSEIN ZAHEER, | |
| Petitioner, | Case No. C11-585-MJP |
| v. | **ORDER OF DISMISSAL** |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's petition for writ of habeas corpus, Dkt. No. 7, is **DISMISSED** as moot and any pending motions shall be **STRICKEN** as moot.

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 18 day of January 2011.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL- 1